# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WANDA WALKER,<br><br>                     Plaintiff,<br><br>    vs.<br><br>FIRST CARE MANAGEMENT GROUP, LLC, GEN 3 HOLDINGS LLC, and GEN3 HOLDINGS, LLC,<br><br>                     Defendants. | **8:19CV204**<br><br>**ORDER** |
| LASHONN WRIGHT,<br><br>                     Plaintiff,<br><br>    vs.<br><br>FIRST CARE MANAGEMENT GROUP, LLC, GEN 3 HOLDINGS LLC, and GEN3 HOLDINGS, LLC,<br><br>                     Defendants. | **8:19CV205**<br><br>**ORDER** |

The parties have agreed that these cases should be consolidated for purposes of discovery.

Accordingly,

**IT IS ORDERED:**

1. *Walker v. First Care Management Group, LLC*, 19CV204 and *Wright v. First Care Management Group, LLC*, 8:19CV205 are consolidated for discovery purposes only.

2. Counsel shall conduct discovery as if these consolidated cases are part of a single case.

3. Case No. 8:19CV204 is hereby designated as the "Lead Case." Case No. 8:19CV205 is designated as the "Member Case."

4. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. To this end, the parties are instructed to file in the Lead Case all further documents except those described in Paragraph 5 and to select the option "yes" in response to the System's question of whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6. If a party believes that an item in addition to those described in Paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in only one of the consolidated cases.

DATED July 1, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge